# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul Toomey, Nanette Langone, and Randall May on behalf of the Estate of Martin May, individually and as representatives of a class of similarly situated persons, and on behalf of the Demoulas (Restated) Profit Sharing Plan and Trust,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>Demoulas Super Markets, Inc., Arthur T. Demoulas, William F. Marsden, and William J. Shea,<br><br>　　　　　　　　　Defendants. | Case No. 1:19-cv-11633-LTS<br><br><br>**PLAINTIFFS'** *UNOPPOSED* **MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Paul Toomey, Nanette Langone, and Randall May on behalf of the Estate of Martin May ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement; (2) certify the proposed Settlement Class for settlement purposes; (3) approve the proposed Notices of Settlement and authorize distribution of the Notices to the Class; (4) schedule a final approval hearing; and (5) enter the accompanying Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Kai Richter and exhibits attached thereto (including the Settlement Agreement attached as Exhibit A), the Declarations of Paul Toomey, Nanette Langone, and Randall May on behalf of the Estate of Martin May, and all files, records, and proceedings in this matter. Defendants do not oppose the motion as parties to the Settlement.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: November 20, 2020 | **NICHOLS KASTER, PLLP** |
|  | s/Kai Richter<br>Paul J. Lukas (admitted *pro hac vice)*<br>Kai Richter (admitted *pro hac vice*)<br>Brock J. Specht (admitted *pro hac vice*)<br>Ben Bauer (admitted *pro hac vice*)<br>NICHOLS KASTER, PLLP<br>4700 IDS Center, 80 S. 8th Street<br>Minneapolis, Minnesota 55402<br>lukas@nka.com<br>krichter@nka.com<br>bspecht@nka.com<br>bbauer@nka.com |
|  | Jason M. Leviton (BBO #678331)<br>Jacob A. Walker (BBO #688074)<br>BLOCK & LEVITON LLP<br>260 Franklin Street, Suite 1860<br>Boston, Massachusetts 02110<br>(617) 398-5600<br>jason@blockesq.com<br>jacob@blockesq.com |
|  | ATTORNEYS FOR PLAINTIFFS |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2020 a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: November 20, 2020            s/Kai Richter
                                    Kai Richter

1