# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul Toomey, Nanette Langone, and Randall May on behalf of the Estate of Martin May, individually and as representatives of a class of similarly situated persons, and on behalf of the Demoulas (Restated) Profit Sharing Plan and Trust,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>Demoulas Super Markets, Inc., Arthur T. Demoulas, William F. Marsden, and William J. Shea,<br><br>　　　　　　　　Defendants. | Case No. 1:19-cv-11633-LTS<br><br>**PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 7, 2021 at 3:00 p.m., before the Honorable Leo T. Sorokin, United States District Judge, Plaintiffs Paul Toomey, Nanette Langone, and Randall May ("Plaintiffs") will and hereby do move this Court for an Order awarding: (1) attorneys' fees to Class Counsel in the amount of $4,375,000 (25% of the $17.5 million settlement fund); (2) reimbursement of $33,965.68 in litigation costs and $80,207.64 in settlement administration expenses; and (3) class representative service awards in the amount of $10,000 to each of the named Plaintiffs as Class Representatives ($30,000 total).

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Article 8 of the Parties' Class Action Settlement Agreement (ECF No. 79-01), and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Kai Richter and exhibits attached thereto, the Declaration of Jason Leviton and exhibit thereto, the previously filed

declarations of the Class Representatives (ECF Nos. 80, 81, 82), the Settlement Agreement, and all files, records, and proceedings in this matter.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion, and have been advised that Defendants take no position on the motion and will not oppose the motion.

Respectfully Submitted,

Dated: February 8, 2021  **NICHOLS KASTER, PLLP**

s/Kai Richter
Paul J. Lukas (admitted *pro hac vice)*
Kai Richter (admitted *pro hac vice*)
Brock J. Specht (admitted *pro hac vice*)
Ben Bauer (admitted *pro hac vice*)
NICHOLS KASTER, PLLP
4700 IDS Center, 80 S. 8th Street
Minneapolis, Minnesota 55402
lukas@nka.com
krichter@nka.com
bspecht@nka.com
bbauer@nka.com

Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600
jason@blockesq.com
jacob@blockesq.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021 a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: February 8, 2021            s/Kai Richter
                                   Kai Richter