IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul Toomey, Nanette Langone, and Randall May on behalf of the Estate of Martin May, individually and as representatives of a class of similarly situated persons, and on behalf of the Demoulas (Restated) Profit Sharing Plan and Trust,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>Demoulas Super Markets, Inc., Arthur T. Demoulas, William F. Marsden, and William J. Shea,<br><br>　　　　　　　　　Defendants. | Case No. 1:19-cv-11633-LTS<br><br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 7, 2021 at 3:00 p.m., before the Honorable Leo T. Sorokin, United States District Judge, Plaintiffs Paul Toomey, Nanette Langone, and Randall May ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the Parties' proposed Class Action Settlement Agreement. This motion is made pursuant to Federal Rule of Civil Procedure 23, this Court's Preliminary Approval Order dated November 24, 2020 (*ECF No. 85*), and Paragraph 4.1 of the Parties' Class Action Settlement Agreement (*ECF No. 79-01*), and is based on the accompanying Memorandum of Law and authorities cited therein, the declarations of Kai Richter and Jeffrey Mitchell and exhibits attached thereto, the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion, and have been advised that Defendants do not oppose the motion.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: March 24, 2021 | **NICHOLS KASTER, PLLP** |

s/Kai Richter
Paul J. Lukas (admitted *pro hac vice)*
Kai Richter (admitted *pro hac vice*)
Brock J. Specht (admitted *pro hac vice*)
Ben Bauer (admitted *pro hac vice*)
NICHOLS KASTER, PLLP
4700 IDS Center, 80 S. 8th Street
Minneapolis, Minnesota 55402
lukas@nka.com
krichter@nka.com
bspecht@nka.com
bbauer@nka.com

Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600
jason@blockesq.com
jacob@blockesq.com

ATTORNEYS FOR PLAINTIFFS

## **LOCAL RULE 7.1 CERTIFICATION**

I, Kai Richter, hereby certify that counsel for Plaintiffs have conferred with counsel for Defendants in good faith regarding the issues raised in this motion and have been advised that Defendants do not oppose the motion.

Dated: March 24, 2021                               s/Kai Richter
                                                                    Kai Richter

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2021 a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: March 24, 2021                     s/Kai Richter
                                          Kai Richter